A92A0558. RUIZ v. PARDUE et al.
(441 SE2d 102)

BIRDSONG, Presiding Judge.

The Supreme Court having reversed our judgment in this case reported at *Ruiz v. Pardue,* 204 Ga. App. 566 (420 SE2d 1), the Supreme Court's judgment reported at *Pardue v. Ruiz,* 263 Ga. 146 (429 SE2d 912) is made the judgment of this court and the summary judgment awarded below to Pardue to be affirmed in accordance therewith.

*Judgment affirmed. Beasley, P. J., and Andrews, J., concur.*

DECIDED FEBRUARY 2, 1994.

*Bauer, Deitch & Kline, Craig T. Jones, Thomas C. Blaska,* for appellant.
*Heyman & Sizemore, William B. Brown, William H. Major, Long, Weinberg, Ansley & Wheeler, Robert D. Roll, Gray, Gilliland & Gold, T. Jeffery Lehman, Sharon W. Ware & Associates, Emory A.*

*Wilkerson*, for appellees.